UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUE KEMBERLING, et al.,

     Plaintiffs,

v.                                                                    CASE NO: 8:06-cv-1741-T-23MAP

METLIFE LIFE AND ANNUITY
COMPANY OF CONNECTICUT,

     Defendant.

_____/

## <u>ORDER</u>

     Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a November 1, 2007, order

(Doc. 69) referred the parties' motions for summary judgment to the magistrate judge for

a report and recommendation if granted and for disposition if denied.  On January 11,

2008, the magistrate judge denied (Doc. 80) the motions.  The plaintiffs  (Doc. 94) file

"exceptions to magistrate judge's order denying the motions for summary judgment" and

request that the court (1) confirm that the magistrate judge's order does not resolve

certain factual and legal issues or (2) overturn the magistrate judge's determinations as

to those issues.  The summary judgment motions were referred to the magistrate judge

for a report and recommendation if and to the extent granted and for disposition if

denied.  Because the magistrate merely denied the motions, the magistrate judge

submitted no report and recommendation proposing either a partial summary judgment

or a finding under Rule 56(d)(1), Federal Rules of Civil Procedure.  In fact, the reference

to the magistrate judge contemplated no factual or legal disposition by the magistrate

judge other than denial of the motions.  For this reason, and because the plaintiffs "do not take exception . . . to the denial of their Motion for Summary Judgment," that is, to the only matter resolved by the magistrate judge's order, the plaintiffs' exceptions are **OVERRULED AS MOOT**.

ORDERED in Tampa, Florida, on February 4, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE